# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KARLOS MARQUETT BOOKER**  **PETITIONER**
**Reg. #37600-509**

v.  **CASE NO. 2:24-CV-00101-BSM**

**CHAD GARRETT, Warden,**  **RESPONDENT**
**FCI Forrest City**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 6] is adopted and Karlos Booker's petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE