IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KARLOS MARQUETT BOOKER**                      **PETITIONER**
Reg. #37600-509

v.                **CASE NO. 2:24-CV-00101 BSM**

**CHAD GARRETT, Warden,**                      **RESPONDENT**
**FCI Forrest City**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE